UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JARED DOUGLAS DIAZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-2559** |
| **STEPHEN ENRIGHT, JR., ET AL.** | **SECTION "E" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Jared Douglas Diaz's 42 U.S.C. § 1983 claims challenging his conviction and imprisonment based on an unfair trial, biased tribunal, conspiracy to violate his rights and cause his conviction, and other due process violations during his state court criminal proceedings are **DISMISSED WITH PREJUDICE** until such time as the conditions provided in *Heck v. Humphrey*, 512 U.S. 477 (1994) are met.

**IT IS FURTHER ORDERED** that Diaz's § 1983 claims against defendants Judge Stephen Enright, Jr., Court Reporter Gina Patin, and Deputy Clerk Nicole Abadie, each in an official capacity, and in light of the doctrine of Eleventh Amendment immunity, are **DISMISSED WITHOUT PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief from an immune defendant pursuant to 28 U.S.C. § 1915(e) and § 1915A.

**IT IS FURTHER ORDERED** that Diaz's § 1983 claims against Assistant United States Attorney Lynn Schiffman and FBI Agent Jennifer Terry, each in an official capacity,

and in light of the doctrine of Sovereign Immunity, are **DISMISSED WITHOUT PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted, and/or for seeking relief from an immune defendant pursuant to 28 U.S.C. § 1915(e) and § 1997A.

**IT IS FURTHER ORDERED** that Diaz's § 1983 claims against Jefferson Parish District Attorney Paul Connick, Jr., Assistant District Attorney Brittany Beckner, Assistant District Attorney Lynn Schiffman, Detective Ian Donahue, Sergeant Michael Olivier, Lieutenant Commander William Hare, and Sergeant Eva Banner, each in an official capacity, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise fail to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A.

**IT IS FURTHER ORDERED** that Diaz's § 1983 claims against Assistant Public Defender Renee Bourg, Megan Bates, and Dr. Rafael Salcedo, as private actors named in official capacities, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise fail to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e) and § 1915A.

**New Orleans, Louisiana, this 25th day of October, 2023.**

                                                  **SUSIE MORGAN**
                             **UNITED STATES DISTRICT JUDGE**